UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 3 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:20CR764 RLW/NAB |
| v. ) | |
| ) | |
| DEMARKO SMITH, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 18, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 18, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, knowingly and intentionally possessed with the intent to distribute fentanyl a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT THREE

The Grand Jury further charges that:

On or about November 18, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with the intent to distribute fentanyl, a Schedule II controlled substance, as set forth in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

The Grand Jury further charges that:

On or about September 1, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, knowingly and intentionally distributed heroin, a Schedule II controlled substance to another person.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about September 9, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, aiding, abetting, counseling, commanding, inducing or procuring another, knowingly and intentionally distributed heroin, a Schedule II controlled substance to another person.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

The Grand Jury further charges that:

On or about October 12, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, knowingly and intentionally distributed heroin, a Schedule II controlled substance to another person.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The Grand Jury further charges that:

On or about October 22, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**DEMARKO SMITH,**

the Defendant herein, knowingly and intentionally distributed heroin, a Schedule II controlled substance to another person.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DANIEL JAMES, #53370MO
Special Assistant United States Attorney